**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER KULB,

Plaintiff,

v.

CHEX SYSTEMS, INC.,

Defendant.

Case No.

**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT CHEX SYSTEMS, INC.**

[28 U.S.C. §§ 1331, 1441 & 1446]

Removal from the Court of Common Pleas of Delaware County, Pennsylvania, No. CV-2023-000180

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA AND TO PLAINTIFF CHRISTOPHER KULB AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Chex Systems, Inc. ("Chex"), by and through its undersigned counsel, hereby files this Notice of Removal of this action from the Court of Common Pleas of Delaware County, Pennsylvania where it is now pending as Case No. CV-2023-000180 (the "Civil Action") to the U.S. District Court for the Eastern District of Pennsylvania. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(d). This Notice is based upon the original jurisdiction of this Court over the parties under 28 U.S.C. § 1331 and the existence of a federal question herein. In support hereof, Chex states as follows:

1. On January 9, 2023, Plaintiff Christopher Kulb ("Plaintiff") filed a Complaint against Chex in the Court of Common Pleas of Delaware County, Pennsylvania, entitled *Kulb v. Chex Systems, Inc.*, Case No. CV-2023-000180.

2. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, notices, and orders served upon Chex in this action are attached as **Exhibit A**.

3. Chex was never served with the Complaint. A copy of the Complaint is attached as **Exhibit B**.

4. Though the Complaint was never served on Chex, Chex was served with Plaintiff's Notice of Praecipe to Enter Judgment by Default (the "Praecipe") on March 25, 2024. *See* **Exhibit A.** This was the date that Chex first became aware of the pending action against it in the Court of Common Pleas of Delaware County.

5. Attached to the Praecipe was a purported Declaration of Service of the Complaint dated February 8, 2023, which stated that a process server had attempted to serve Chex through CT Corporation System as Chex's registered agent. *Id.*

6. On February 8, 2023, CT Corporation Service issued a Notice of Rejected Service of Process to Plaintiff's counsel. The Notice of Rejected Service of Process stated that the documents Plaintiff attempted to serve could not be forwarded to Chex because "[a]ccording to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve." A copy of this Notice is attached hereto as **Exhibit C.**

7. Chex did not receive notice of Plaintiff's attempt to serve the Complaint through CT Corporation System or the Notice of Rejected Service of Process.

8. The Praecipe was served on Chex on March 25, 2024, which constituted the first date of Chex's knowledge of and receipt of the Complaint. Therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

9. Chex is the only Defendant in this case; thus, all defendants to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 have joined in or consented to removal of the Civil Action.

10. Plaintiff's Complaint involves a claim arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. More specifically, Plaintiff's claim for violation of the Fair Credit Reporting Act is brought under Sections 1681(a), 1681e(b), and 1681i and seeks damages under Section 1681n, or in the alternative, Section 1681o of the FCRA.

11. Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by Chex under the provisions of 28 U.S.C. § 1441 in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties or laws of the United States and is removable without regard to citizenship or residence of the parties under 28 U.S.C. § 1441.

12. Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FCRA.

13. No proceedings have occurred in the Civil Action as of the date of this Notice of Removal. Chex has not filed a response to the Complaint. Chex hereby reserves any and all rights to assert any and all defenses and/or objections to the Complaint. Chex further reserves the right to amend or supplement this Notice of Removal.

14. Venue lies in the U.S. District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 118(a), 1391, 1441(a) and 1446(a). This action was originally brought in the Court of Common Pleas of Delaware County, Pennsylvania, and thus should be removed to the U.S. District Court for the Eastern District of Pennsylvania.

15. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the Court of Common Pleas of Delaware County, Pennsylvania. A copy of the notice to the state court clerk, without exhibits, is attached hereto as **Exhibit D**.

16. By filing this Notice of Removal, Chex does not concede nor waive any defense or motion relating to this action. Chex reserves all defenses.

17. In addition to satisfying the requirements of federal question jurisdiction, Chex has met all other requirements for removal.

18. If any questions arise concerning the propriety of this removal, Chex requests that the Court allow it to file a brief supporting removal and be heard in oral argument.

WHEREFORE, Defendant Chex Systems, Inc. respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Court of Common Pleas, Delaware County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Dated: April 3, 2024

Respectfully submitted,

**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**

*/s/ Erica H. Dressler*
Erica H. Dressler (Pa. ID No. 319953)
3000 Two Logan Square
Philadelphia, PA 19103
(215) 981-4285
erica.dressler@troutman.com

*Attorneys for Defendant Chex Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the April 3, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF and a copy of the foregoing was served via email and overnight mail on the following counsel:

Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
dz@zemellawllc.com

*Attorneys for Plaintiff Christopher Kulb*

*/s/ Erica H. Dressler*
Erica H. Dressler (Pa. ID No. 319953)