# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
03/25/2024
CT Log Number 546061637

## Service of Process Transmittal Summary

**TO:** DEBBIE SEGERS, VP,Chief IP Counsel
FIDELITY NATIONAL INFORMATION SERVICES, INC.
347 RIVERSIDE AVE FL 12 LEGAL
JACKSONVILLE, FL 32202-4909

**RE:** **Process Served in Pennsylvania**

**FOR:** Chex Systems, Inc. (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** CHRISTOPHER KULB vs. CHEX SYSTEMS, INC

**DOCUMENT(S) SERVED:** Letter, Notice, Declaration

**COURT/AGENCY:** Delaware County - Court of Common Pleas, PA
Case # CV2023000180

**NATURE OF ACTION:** Notice of praecipe to enter judgment by default

**PROCESS SERVED ON:** C T Corporation System, Harrisburg, PA

**DATE/METHOD OF SERVICE:** By Process Server on 03/25/2024 at 15:32

**JURISDICTION SERVED:** Pennsylvania

**APPEARANCE OR ANSWER DUE:** Within 10 days from the date of this notice

**ATTORNEY(S)/SENDER(S):** Daniel Zemel
Zemel Law LLC
400 Sylvan Ave.
Suite 200
Englewood Cliffs, NJ 07632
(862) 227-3106

**ACTION ITEMS:** CT has retained the current log, Retain Date: 03/26/2024, Expected Purge Date: 03/31/2024

Image SOP

Email Notification, CRYSTAL WARREN crystal.warren@fisglobal.com

Email Notification, KATHY HAUSE kathy.hause@fisglobal.com

Email Notification, DEBBIE SEGERS debbie.segers@fisglobal.com

Email Notification, Chris Winter christopher.winter@fisglobal.com

Email Notification, Teresa Fogel teresa.fogel@fisglobal.com

Email Notification, CARRIE RUSSELL carrie.russell@fisglobal.com

**REGISTERED AGENT CONTACT:** C T Corporation System
600 N. 2nd Street, Suite 401
Harrisburg, PA 17101
877-564-7529

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
03/25/2024
CT Log Number 546061637

MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Mar 25, 2024
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | CHEX SYSTEMS, INC. |
| Case Number | CV-2023-000180 |
| Jurisdiction | PA |

| Inserts | | |
|---|---|---|
| | | |

Zemel Law
Consumer Protection

DANIEL ZEMEL, ESQ.
400 SYLVAN AVE, SUITE 200
ENGLEWOOD CLIFFS, NEW JERSEY 07632
PHONE: (862) 227-3106
FAX: (973) 282-8603
DZ@ZEMELLAWLLC.COM

**RE: Christopher Kulb v. Chex Systems Inc.**
**Case No. CV-2023-000180**

Enclosed Please find the proof of service and 10-day notice of Plaintiff's Praecipe to enter default judgement in the above referenced matter.

Sincerely,

*Daniel Zemel*

Daniel Zemel, Esq.

**COURT FILINGS**

Daniel Zemel, Esq. ID# 330086
Zemel Law LLC
400 Sylvan Ave., Suite 200
Englewood Cliffs NJ, 07632
Tel: (862) 227-3106
dz@zemellawllc.com
Attorney for Plaintiffs

| | |
|---|---|
| CHRISTOPHER KULB<br>211 LAZARETTO RD APT 12B<br>PROSPECT PARK, PA 19077<br><br>Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC.<br>7805 Hudson Rd Ste 100,<br>Woodbury, Minnesota, 55125,<br><br>Defendant. | COURT OF COMMON PLEAS<br>OF DELAWARE COUNTY<br>CIVIL TRIAL DIVISION<br><br>No. CV-2023-000180 |

**Notice, Rule 237.5**
**Notice of Praecipe to Enter Judgment by Default**

**IMPORTANT NOTICE**

You are in default because you have failed to enter a written appearance personally or by attorney and file in writing with the Court your defenses or objections to the claims set forth against you. Unless you act within ten days from the date of this notice, a judgment may be entered against you without a hearing and you may lose your property or other important rights.

You should take this paper to your lawyer at once. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer.

If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee.

Philadelphia Bar Association
Lawyer Referral and Information Service
1101 Market Street, 11th Floor Philadelphia, Pennsylvania 19107
(215) 238-6333

**NOTIFICACION IMPORTANTE**

Usted está en defecto porque usted no ha podido entrar en un aspecto escrito, personalmente o mediante abogado y archivo por escrito ante el Tribunal sus defensas u objeciones a las alegaciones expuestas en su contra. A menos que usted actúa dentro de los diez días siguientes a la fecha de esta notificación, la resolución podrá ser en su contra sin una audiencia y usted puede perder su propiedad u otros derechos importantes.

Usted debe tomar este trabajo con su abogado a la vez. Si usted no tiene un abogado, vaya a o llamar por teléfono a la oficina se establece a continuación. Esta oficina puede proporcionarle información sobre la contratación de un abogado.

Si usted no puede permitirse el lujo de contratar a un abogado, esta oficina puede ser capaz de proporcionarle información acerca de las agencias que pueden ofrecer servicios legales a personas con derecho a una tarifa reducida o ninguna cuota.

Asociacion de Licenciados de Filadelfia
Servicio de Referencia e Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215)238-6333

**If you have any questions concerning this notice, please call:**

**Daniel Zemel, Esq.**

*(Name of Attorney or Plaintiff)*

*400 Sylvan Ave., Suite 200 Englewood Cliffs NJ 07632*

*(Attorney's or Plaintiff's Address)*

at this telephone number: 862-271-3106

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE

| | |
|---|---|
| **CHRISTOPHER KULB**<br>Plaintiff/Petitioner<br>vs.<br>**CHEX SYSTEMS, INC**<br>Defendant/Respondent | Case No.: **CV-2023-000180**<br><br>DECLARATION OF SERVICE OF<br>**LETTER; NOTICE TO DEFEND; CLASS ACTION COMPLAINT** |

Received by **Elaine Beachler**, on the **7th day of February, 2023 at 4:24 PM** to be served upon **CHEX SYSTEMS, INC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT** at **600 North 2nd Street 401, Harrisburg, Dauphin County, PA 17101.**
On the **8th day of February, 2023 at 10:58 AM**, I, **Elaine Beachler, SERVED CHEX SYSTEMS, INC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT** at **600 North 2nd Street 401, Harrisburg, Dauphin County, PA 17101** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CT CORPORATION SYSTEM, REGISTERED AGENT**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to CT CORPORATION SYSTEM, REGISTERED AGENT with identity confirmed by subject nodding when named. The individual accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away). The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**

Service Fee Total: **$95.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: [signature] 2-8-23

Elaine Beachler Server ID # Date



REF: **REF-11939765**

Tracking #: **0100819074**