IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER KULB, Plaintiff, | ) | Case No.:2:24-CV-01390 |
| vs. | ) | FIRST AMENDED COMPLAINT |
| CHEX SYSTEMS, INC., Defendant. | ) | |

Plaintiff alleges:

**PRELIMINARY STATEMENT**

1. This is an action for damages arising from Defendant's inaccurate credit reporting.

**JURSIDICTION AND VENUE**

2. Defendant removed this action to Federal Court.

**PARTIES**

3. Christopher Kulb is a natural person, who at all relevant times has resided in Prospect Park, Pennsylvania.

4. Defendant Chex Systems, Inc. ("Defendant") has as its principal place of business 7805 Hudson Rd Ste 100, Woodbury, Minnesota, 55125.

## FACTUAL STATEMENT

5. On a date better known by Defendant, Defendant began providing credit reports to third parties concerning Plaintiff.

6. Within those credit reports, Defendant provided inaccurate information concerning Plaintiff, including statements that Plaintiff was deceased.

7. Plaintiff is not deceased.

8. Plaintiff communicated his alive status to Defendant, within two years of this filing, but Defendant failed to correct its reporting.

9. As a result, numerous third parties have received inaccurate information concerning Plaintiff.

10. Plaintiff has been denied credit and refrained from applying for credit as a result of Defendant's activities.

11. In March 2021, Plaintiff disputed the deceased indicator.

12. In response to Plaintiff's dispute, Defendant failed to send Plaintiff the results of his dispute.

## COUNT I
## VIOLATION OF THE FAIR CREDIT REPORTING ACT

13. Plaintiff repeats, re-alleges, and reasserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

14. Defendant prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports to third parties regarding Plaintiff as that term is used and defined under 15 U.S.C. § 1681a.

15. Said reports contained information about Plaintiff that was false, misleading, and inaccurate.

16. Defendant negligently and willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 U.S.C. § 1681e(b).

17. After receiving Plaintiff's dispute highlighting the errors, Defendant negligently and willfully failed to conduct a reasonable investigation as required by 15 U.S.C. § 1681i. This includes the failure to provide the dispute results.

18. As a direct and proximate result of Defendant willful and/or negligent refusal to comply with the FCRA as described herein, Plaintiff has suffered loss and damage including, but not limited to: financial loss, loss of creditworthiness, loss of credit opportunity, damage to reputation, expenditure of significant time, energy and out-of-pocket costs, distress, mental anguish, worry, frustration, fear and embarrassment.

19. Defendant's conduct, action and inaction was willful, rendering it liable for actual and statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, Defendant was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

WHEREFORE, PLAINTIFF PRAYS that this court grant him a judgment against Defendant for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and attorney's fees.

**JURY TRIAL DEMAND**

20. Plaintiff demands a jury trial on all issues so triable.

Dated this 3rd day of December, 2024.

Respectfully Submitted,

/s/Daniel Zemel .
Daniel Zemel
ZEMEL LAW, LLC
660 Broadway
Paterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
dz@zemellawllc.com