# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER KULB** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-1390** |
| | : | |
| **CHEXSYSTEMS, INC.** | : | |

## ORDER

This 8th day of April, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 19, is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge