IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER KULB** | : |
| | : |
| v. | : CIVIL ACTION NO. 24-1390 |
| | : |
| **CHEX SYSTEMS, INC.** | : |

**ORDER**

This 29th day of January, 2026, it is hereby **ORDERED** that Defendant's Motion for Reconsideration, ECF 30, is **GRANTED** in part, as follows: Plaintiff's claim under Section 1681e(b) of the Fair Credit Reporting Act is dismissed on summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  In all other respects the motion is denied.


    /s/ Gerald Austin McHugh
United States District Judge