UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER KULB,<br>Plaintiff,<br>vs.<br>CHEX SYSTEMS, INC.,<br>Defendant. | Case No.: 2:24-cv-01390-GAM<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Christopher Kulb (Plaintiff) Chex Systems, Inc. ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 07th day of May, 2026.

Respectfully Submitted,

/s/ Daniel Zemel

Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T (862) 227-3106
dz@zemellawllc.com
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 07, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Daniel Zemel
Daniel Zemel, Esq.